UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SHAQUALA WILLIAMS,

       Plaintiff,

  - against -

JPMORGAN CHASE & CO.,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ECF Case 1:21-cv-09326-JSR

<u>COMPLAINT</u>

<u>STIPULATION AND
ORDER</u>

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties that the correct corporate defendant in the above-referenced matter is JPMorgan Chase Bank, N.A. and JPMorgan Chase Bank, N.A. is hereby substituted for defendant JPMorgan Chase & Co. as a defendant in this matter and in the caption of this matter.

Dated: New York, New York
   November 30, 2021

| VLADECK, RASKIN & CLARK, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Jeremiah Iadevaia* | */s/ Thomas A. Lindhorst* |
| Jeremiah Iadevaia<br>Kathleen C. Riley<br>565 Fifth Ave., Floor 9<br>New York, NY 10017 | Thomas A. Linthorst<br>Tyler J. Hill<br>502 Carnegie Center<br>Princeton, NJ 08540-6289 |

**IT IS SO ORDERED**

Dated: New York, New York

_____12/2/_____, 2021

Jed S. Rakoff
United States District Judge